IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**BRADLEY THOMAS UREN**                                                                                          **PLAINTIFF**

V.                                              **CASE NO. 3:22-CV-03049**

**SERGEANT T. MAZE;**
**SERGEANT C. MAPLE;**
**SERGEANT K. JAMES;**
**LIEUTENANT S. DENNIS;**
**and SHERIFF J. MONTGOMERY**                                                                    **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 25) filed in this case on August 28, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITH PREJUDICE** for failure to obey court orders and failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 15th day of September, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE